**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DAVID K. EASLICK, JR.,

    Plaintiff,

v.                                    Case No. 10-CV-10621

DELTA KAPPA EPSILON FRATERNITY,

    Defendant.
                                      /

## ORDER EXTENDING DEADLINES AND SETTING TELEPHONE CONFERENCE

Upon Plaintiff's request for an extension of the previously-imposed Rule 11 deadline, the court conducted a telephone conference on July 28, 2010. During the conference, Plaintiff requested a 21-day extension, and Defendant did not object. The court granted the extension and informed the parties that it would schedule a telephone conference to ascertain Plaintiff's final decision. Accordingly,

IT IS ORDERED that Plaintiff's safe harbor deadline for purposes of Rule 11 sanctions is EXTENDED until **August 18, 2010**. Plaintiff shall have until this date to either "fish or cut bait," that is, either agree with Defendant's proposed motion and submit a stipulated order of dismissal, or alternatively, proceed with his case. If Plaintiff does not stipulate to dismissal, Defendant shall have until **August 30, 2010**, to file its Rule 11 and dispositive motions.

IT IS FURTHER ORDERED that a telephone conference is scheduled for **August 19, 2010 at 10:45 a.m.** The court will initiate the call.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 3, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 3, 2010, by electronic and/or ordinary mail.

                                                       S/Lisa G. Wagner
                                                      Case Manager and Deputy Clerk
                                                      (313) 234-5522