**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID K. EASLICK, JR.,

    Plaintiff,

v.                                              Case No. 10-10621

DELTA KAPPA EPSILON FRATERNITY,

    Defendant.
                                                   /

**ORDER SUMMARILY DENYING DEFENDANT'S MOTION FOR SANCTIONS**

On August 29, 2010, Defendant Delta Kappa Epsilon Fraternity moved for an imposition of sanctions against Plaintiff David K. Easlick, Jr., under Federal Rule of Civil Procedure 11. The following day, Defendant also moved for summary judgment on similar grounds. Because this court denied Defendant's motion for summary judgment (Dkt. # 24), it will likewise deny Defendant's motion for sanctions. Accordingly,

IT IS ORDERED that Defendant's motion for sanctions [Dkt. # 17] is DENIED.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 22, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 22, 2010, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522